UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DONNA ANN GABRIELE CHECHELE,

   Plaintiff,

   – v. –

DANIEL R. BATY,

   Defendant,

   – and –

RED LION HOTELS CORPORATION,

   Nominal Defendant.

ECF CASE

No. 17-cv-4461 (RWS) (HBP)

## STIPULATION OF DISMISSAL
### DATED AS OF APRIL 18, 2018

WHEREAS Plaintiff Donna Ann Gabriele Chechele ("Chechele") filed a complaint (the "Complaint") with this Court on June 13, 2017 in the case captioned above (the "Action");

WHEREAS the Complaint named Daniel R. Baty as Defendant and Red Lion Hotels Corporation as Nominal Defendant; and

WHEREAS the parties to the Action now wish to stipulate to the Action's dismissal with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii);

NOW, THEREFORE, the parties to this Action, by and through their respective undersigned counsel, hereby stipulate that all claims, defenses, cross-claims, and counterclaims that were raised in the Action, or that could have been raised in the Action, are hereby DISMISSED WITH PREJUDICE effective immediately.

IN WITNESS WHEREOF, each person hereunder has set his or her hand as of the first date set forth above.

James A. Hunter, Esq.
HUNTER & KMIEC
255 West 94th Street, No. 10M
New York, New York 10025
Phone: (646) 666-0122
Fax:    (646) 462-3356

*Counsel for Plaintiff Donna Ann
   Gabriele Chechele*

Keith W. Miller, Esq.
PERKINS COIE LLP
30 Rockefeller Plaza
New York, New York 10112
Phone: (212) 262-6900
Fax:    (212) 977-1649

*Counsel for Nominal Defendant Red Lion
   Hotels Corporation*

Michael J. Grudberg, Esq.
TARTER KRINSKY & DROGIN LLP
1350 Broadway, 11th Floor
New York, New York 10018
Phone: (212) 216-8000
Fax:    (212) 216-8001

*Counsel for Defendant Daniel R. Baty*

SO ORDERED:

_____
The Honorable Robert W. Sweet
United States District Judge

DATED this ____ day of April 2018

Signature Page to Stipulation of Dismissal